

# UNITED STATES DISTRICT COURT
## District of Connecticut
### U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

# MEMORANDUM

January 3, 2025

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**To:** Michael P. Shea
Chief United States District Judge

**From:** Nielvis Judith Gonzalez-Perez
United States Probation Officer

**Subject:** Adolfo Vargas
RE: Status Report

On June 30, 2021, Adolfo Vargas appeared before the Honorable Vanessa L. Bryant, U.S. District Judge having pled guilty to Theft of Public Money, in violation of 18 U.S.C. § 641. Adolfo Vargas was sentenced to 366 days' imprisonment to be followed by a term of 36 months' supervised release. On March 18, 2024, the case was re-assigned to the Honorable Michael P. Shea, Chief U.S. District Judge.

Mr. Vargas began his term of supervised release on August 11, 2022. Since his release, Mr. Vargas has struggled with abiding by the Court imposed conditions of release. He failed to make payments towards his restitution on numerous occasions, tested positive for illicit substances, no-showed to numerous substance abuse treatment sessions, failed to follow the probation officers instructions, and failed to report as instructed. As such, on April 26, 2024, a petition for warrant or summons for offender under supervision was filed requesting a summons to appear on a violation of supervised release.

On May 3, 2024, an initial presentment was held before Your Honor. The Court held the alleged violations in abeyance and modified the defendant's conditions of supervised release to include the following:

1. The defendant shall provide the Probation Office access to any requested financial information and authorize the release of such information. The Probation Office may share this financial information with the U.S. Attorney's Office.
2. Until all monetary penalties imposed by the Court are paid in full, the defendant shall not incur new credit charges exceeding $250 or open new lines of credit without prior

  2. approval from the Probation Office. Additionally, the defendant shall not add new names to any lines of credit or become a secondary cardholder on another's line of credit.
  3. The defendant shall not encumber personal homes or investment properties without the Court's permission. Furthermore, he shall not transfer, sell, give away, barter, or dissipate any assets, including personal property, without express permission from the Probation Office and notification to the Court.
  4. The defendant shall pay restitution at a rate of no less than $50 per month or 10% of his gross monthly income, whichever is greater. This payment schedule may be adjusted based on the defendant's ability to pay as determined by the Probation Office and approved by the Court.
  5. The defendant shall participate in a mental health treatment and testing program as recommended by the U.S. Probation Office and approved by the Court. He must follow the program's rules and regulations, with participation supervised by the probation officer. The defendant is required to pay all or a portion of the program's costs based on his ability to pay, as determined by the probation officer and approved by the Court.
  6. The defendant shall complete a financial disclosure form immediately. If necessary, he may submit an amended disclosure to the Probation Office by May 10, 2024.
  7. The defendant shall provide the Probation Office with his pay stubs every two weeks, starting May 10, 2024.

The Court requested a status report from the Probation Office by July 24, 2024, to assess Mr. Vargas's compliance with the conditions of release.

In July 2024, a status report was submitted by the U.S. Probation Office, detailing Mr. Vargas's progress and continued challenges on supervision. An amended violation report was submitted on August 8, 2024.

On August 15, 2024, a violation hearing was held wherein Mr. Vargas's violation was held in abeyance for an additional 60 days, to allow him to build a record of compliance. The Court requested a status report by filed by the U.S. Probation Office on October 25, 2024, and the hearing was continued.

On October 25, 2024, a Status Report was submitted to the Court, highlighting ongoing concerns with positive drug tests, inconsistent employment and failing to report to scheduled office check-in.

On November 21, 2024, the Court held a violation hearing during which the Probation Office raised additional concerns regarding Mr. Vargas's financial disclosures. Specifically, it was noted that he failed to report all banking account information and made multiple cash withdrawals between September and October 2024. Furthermore, despite being employed, Mr. Vargas failed to make a restitution payment in October 2024.

As a result, the Court imposed the following modifications to his conditions of release:

  1. The defendant shall be placed on GPS electronic monitoring through January 8, 2025, with a curfew. The U.S. Probation Office will determine the curfew hours based on the defendant's employment schedule. The defendant must communicate his work schedule and any changes to that schedule to Probation.

2. The defendant shall submit a monthly financial disclosure to Probation, including all supporting documents reasonably requested by Probation. He must identify all financial accounts in which he has an interest.
3. The defendant is prohibited from making cash withdrawals through January 20, 2025. Instead, he must use his debit card or checks for all purchases.

A final revocation hearing was scheduled for January 28, 2025, and the Court requested a status report by January 3, 2025.

Since the last hearing, Mr. Vargas has complied with the Court-ordered curfew. He secured employment at Fosdick Fulfillment through a temporary agency and has consistently provided bi-weekly employment verification. Additionally, Mr. Vargas has submitted financial banking information upon request and made restitution payments in November and December 2024. His treatment provider reported that he has been attending weekly group sessions consistently. However, urinalysis results for December 2024 have not been obtained. His most recent urinalysis, conducted on November 18, 2024, returned positive for marijuana.

Given Mr. Vargas's employment and his progress in meeting the conditions of release, the Probation Office respectfully recommends that the imposed location monitoring curfew be lifted as scheduled on January 8, 2025.

Furthermore, in light of Mr. Vargas's history of non-compliance with various conditions of release, ongoing positive drug tests, and lack of stable employment, the Probation Office recommends that the Court continue the final revocation hearing, currently scheduled for January 28, 2025, for an additional 60 days. This extension would allow Mr. Vargas an opportunity to establish a record of compliance. Lastly, the Probation Office advises that the financial conditions imposed by the Court on November 22, 2024, remain in effect until the final revocation hearing.